W. T. Davis, of San Augustine, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is the unlawful sale of intoxicating liquors; punishment fixed at confinement in the penitentiary for a period of one year. The record is before us without statement of facts or bills of exceptions. The indictment properly charges the offense, and the proceedings appear to have been regular. No fundamental error has been discovered or pointed out. The judgment is affirmed.

---

**1**

Leon BRADLEY v. STATE. (No. 10571.) (Court of Criminal Appeals of Texas. Nov. 24, 1926.) Appeal from District Court, Anderson County; Ben F. Dent, Judge. Colley & Irving, of Palestine, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in district court of Anderson county of murder; punishment, confinement in the penitentiary for life. The record is before us without any statement of facts. There appear a number of special charges, which were refused, but the application of which cannot be determined, in the absence of a statement of facts. No matter of procedure is complained of by bill of exceptions sufficiently to enable us to ascertain if the matters complained of were in fact injurious, and if they so transpired. Finding no error in the record, the judgment will be affirmed.

---

**2**

T. C. CARTER v. STATE. (No. 10644.) (Court of Criminal Appeals of Texas. Nov. 24, 1926.) Appeal from District Court, Potter County; Henry S. Bishop, Judge. Umphres, Mood & Clayton, of Amarillo, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for assault with intent to murder; punishment fixed at confinement in the penitentiary for a period of two years. The record is before us without statement of facts or bills of exceptions. The indictment appears regular, and no fundamental error has been discovered or pointed out. The judgment is affirmed.

---

**3**

Fred CHASE v. STATE. (No. 10440.) (Court of Criminal Appeals of Texas. Nov. 24, 1926.) Appeal from District Court, Caldwell County; M. C. Jeffrey, Judge. C. R. Fields, of Lockhart, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of three years. The record comes before us without statement of facts and bills of exceptions. The indictment appears regular. No fundamental error has been perceived. The judgment is affirmed.

---

**4**

Bob DAVIS v. STATE. (No. 10452.) (Court of Criminal Appeals of Texas. Nov. 24, 1926.) Appeal from District Court, Hunt County; J. M. Melson, Judge. Ramey & Davidson, of Sulphur Springs, for appellant. Sam. D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in district court of Hunt county of selling intoxicating liquor; punishment, one year in the penitentiary. We find among the papers of this case an affidavit in due form, made by appellant, asking that he be allowed to withdraw his appeal. The request is granted. The appeal is dismissed.

---

**5**

Bob DAVIS v. STATE. (No. 10451.) (Court of Criminal Appeals of Texas. Nov. 24, 1926.) Appeal from District Court, Hunt County; J. M. Melson, Judge. Ramey & Davidson, of Sulphur Springs, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. Upon the motion of the appellant, duly verified by his affidavit, the appeal is dismissed.

---

**6**

Bob DAVIS v. STATE. (No. 10453.) (Court of Criminal Appeals of Texas. Nov. 24, 1926.) Appeal from District Court, Hunt County; J. M. Melson, Judge. Ramey & Davidson, of Sulphur Springs, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Appeal is from a conviction for transporting intoxicating liquor; punishment being one year in the penitentiary. Appellant has filed his affidavit, advising this court that he desires to withdraw his appeal. Complying with such request, it is ordered that the appeal be dismissed.

---

**7**

N. M. DAVIS v. STATE. (No. 10175.) (Court of Criminal Appeals of Texas. Dec. 8, 1926.) Appeal from District Court, Mitchell County; W. P. Leslie, Judge. M. Carter and L. W. Sandusky, both of Colorado, Tex., and J. F. Cunningham and Oliver Cunningham, both of Abilene, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. Delivering intoxicating liquor is the offense; punishment fixed at con-